UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY MILLS,<br><br>Plaintiff,<br><br>v.<br><br>ARLENE BLUTH,<br><br>Defendant. | CASE NO. 2:26-cv-00720-JNW<br><br>DISMISSAL ORDER |

The Court raises this matter of its own accord.

On February 23, 2026, Plaintiff Anthony Mills filed an application for leave to proceed in forma pauperis (IFP). Dkt. No. 1. Mills did not use the IFP application form. On March 2, 2026, the Court issued a Notice of Deficiency, directing Mills to pay the filing fee or submit an IFP application with the enclosed form by April 1, 2026. Dkt. No. 2 at 1. The Court also directed Mills to submit a Civil Cover Sheet. The Court warned that failure to do so would result in dismissal of this action. *Id.*

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law." LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the

immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Mills's continued failure to either pay the filing fee or submit a corrected IFP application prevents his case from moving forward. The Court therefore DISMISSES this action without prejudice. The Court directs the Clerk to close this case.

Dated this 19th day of October, 2026.

Jamal N. Whitehead
United States District Judge